AO 91 (REV. 12/03)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, PECOS DIVISION

FILED
09/16/2024
Clerk, U.S. District Court
Western District of Texas

by: Y. Lujan
Deputy

| | |
|---|---|
| USA | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: PE:24-M -00437(1) |
| | § |
| (1) Yoiker David Sequera | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **September 11, 2024** in **Presidio** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, knowingly enter or attempt to enter the United States at a time and place other than as designated by immigration officers.

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:   "The defendant, Yoiker David SEQUERA was arrested on September 11, 2024, in the Western District of Texas by Presidio Border Patrol Agents.  The defendant is a citizen and national of Venezuela, who is present in the United States without having been admitted or paroled by an Immigration Officer.  The Defendant last entered the United States on or about September 11, 2024 in Presidio County, Texas, in the Western District of Texas at a time and place not designated

**Continued on the attached sheet and made a part of hereof.**

/s/ Wade Condito

Signature of Complainant
Border Patrol Agent

September 16, 2024                              at     Alpine, Texas
Date                                                          City and State

Complaint sworn to in my presence and and signed electronically on this date.
FED.R.CRIM.P. 4.1(b)(2)(A)

DAVID B. FANNIN
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT - PE:24-M -00437(1)

WESTERN DISTRICT OF TEXAS

(1) Yoiker David Sequera

FACTS   (CONTINUED)

as a port of entry by the Secretary of Homeland Security.  The Defendant is not in possession of Immigration documents allowing him/her to be in, or remain in, the United States legally.

Defendant is a citizen and national of Venezuela.


IMMIGRATION HISTORY:
NONE

CRIMINAL HISTORY:
NONE