# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## PECOS DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | Case Number: PE:24-M-00437(1) |
| | § | |
| (1) Yoiker David Sequera | § | |
| *Defendant* | | |

# ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The above-named defendant has testified under oath, or has otherwise satisfied this Court that he or she is financially unable to employ counsel, and does not wish to waive counsel.

Because the interests of justice so require, Jaime Escuder - FPD of the Federal Public Defender's Office of this District is hereby appointed, pursuant to the provisions of the Criminal Justice Act to represent said Defendant in this case.

The appointment shall remain in effect until further ordered by the Court.

It is, accordingly, ORDERED this 16th day of September, 2024.

DAVID B. FANNIN
UNITED STATES MAGISTRATE JUDGE

Language Barrier
Disclosure
( )   Please note that at Initial Appearance your client was determined to have a possible language barrier.
Native language: